UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; and TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FRANCES LASLEY, et al.,<br><br>        Defendants. | 2:11-cv-01764-LDG-PAL<br><br>**ORDER** |

The complaint was filed in this case on November 3, 2011. Defendants Frances Lasley, Tammy Lasley, Franklin Lasley, and Exhibit Design and Production, Inc., were served on December 13, 2011 (#7, #8, #9, #10). Defendant Brian Lasley was served on December 14, 2011 (#11). On January 25, 2012, the clerk entered default against all defendants (#17). On February 6, 2012, after entry of default, defendants Frances Lasley and Exhibit Design & Production, Inc., filed a motion for extension of time to respond to complaint for the purpose of retaining counsel (#18, response #19). On February 13, 2012, plaintiffs filed a motion for default judgment (#20). Defendants have yet to designate counsel or answer the complaint.

Defendants Frances Lasley and Exhibit Design & Production, Inc., have provided insufficient grounds for having delayed designating an attorney and answering the complaint. Therefore, their motion for extension of time will be denied. However, because defendants Frances Lasley and Exhibit Design & Production, Inc, have made an appearance in the case, they will be provided an additional amount of time in which to designate counsel and respond to plaintiffs' motion for default judgment. The remaining defendants have not made an appearance nor sought an extension; accordingly, default judgment will be granted against them.

THE COURT HEREBY ORDERS that defendants Frances Lasley and Exhibit Design & Production, Inc.'s, motion to extend time to respond to complaint for the purpose of retaining counsel (#18) is DENIED.

THE COURT FURTHER ORDERS that plaintiffs' motion for default judgment (#20) is GRANTED as to defendants Tammy Lasley, Franklin Lasley, and Brian Lasley, and DENIED without prejudice as to defendants Frances Lasley and Exhibit Design & Production, Inc.

THE COURT FURTHER ORDERS that plaintiffs shall re-file their motion for default against defendants Frances Lasley and Exhibit Design & Production, Inc., only, within ten (10) days from the date of this order.

THE COURT FURTHER ORDERS that defendants Frances Lasley and Exhibit Design & Production, Inc., shall have thirty (30) days from the date of the re-filing of plaintiffs' motion for default judgment against them in which to designate counsel and file a response to the motion for default judgment.

Dated this ___ day of September, 2012.

_____
Lloyd D. George
United States District Judge