# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; and TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCES LASLEY, et al.,<br><br>    Defendants. | 2:11-cv-01764-LDG-PAL<br><br>**DEFAULT JUDGMENT** |

Plaintiffs' unopposed motion for default judgment having come before the court and the court having considered the issues therein and rendered its decision,

THE COURT HEREBY ORDERS that default judgment is ENTERED in favor of plaintiffs and against defendants Tammy Lasley, Franklin Lasley, and Brian Lasley.

Dated this 21 day of September, 2012.

_____
Lloyd D. George
United States District Judge