Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCES LASLEY, an individual; BRIAN LASLEY, an individual; TAMMY LASLEY, an individual; FRANKLIN LASLEY, an individual; EXHIBIT DESIGN & PRODUCTION, a Florida corporation,<br><br>Defendants. | Case No. 2:11-cv-01764-LDG-PAL<br><br>**ORDER FOR DEFAULT JUDGMENT** |
|---|---|

Before the Court is Plaintiffs' Amended Motion for Default Judgment against Defendants Brian Lasley, Tammy Lasley and Franklin Lasley only (collectively, "Defendants"). Default having been entered against Defendants, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

///

///

1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendants Brian Lasley, Tammy Lasley and Franklin Lasley, jointly and severally, in the amount of $305,536, representing delinquent contributions, liquidated damages, interest and attorneys' fees and costs.

DATED this 9 day of JAN, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

Attorneys for Plaintiffs

2