# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FRANCES LASLEY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-cv-1764-LDG-PAL<br><br>**ORDER**<br><br>(Ex Parte Mot for OST - Dkt. #72) |

　　　Before the court is Defendants' Ex Parte Motion for Order Shortening Time (Dkt. #72) filed January 9, 2014, requesting that the Motion for Protective Order (Dkt. #71) be heard on an expedited basis. The court has already considered the motion for protective order on an expedited basis and an Order (Dkt. #85) was entered January 29, 2014, denying the motion for protective order. Accordingly,

　　　**IT IS ORDERED** the Defendants' Ex Parte Motion for Order Shortening Time (Dkt. #72) is **DENIED as moot.**

　　　Dated this 29th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge