Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCES LASLEY, an individual; BRIAN LASLEY, an individual; TAMMY LASLEY, an individual; FRANKLIN LASLEY, an individual; EXHIBIT DESIGN & PRODUCTION, a Florida corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DISPLAY TECHNOLOGIES, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:11-cv-01764-LDG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS GREAT AMERICAN INSURANCE COMPANY WITH PREJUDICE** |

Plaintiffs, the Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and the Trustees of the Teamsters Convention Industry Training Fund, by and through their

020036\0110\15084040.1

counsel of record, and Defendant, Great American Insurance Company, by and through its counsel of record, hereby stipulate and agree to dismiss this action against Great American Insurance Company with prejudice, each party to bear its own fees and costs except that Great American Insurance Company reserves and does not waive any rights or claims it may have against any indemnitors for Bond No. FS5922538.

| THE FAUX LAW GROUP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| /s/ Jordan F. Faux | /s/ Bryce C. Loveland |
| Kurt C. Faux, Esq.<br>Nevada Bar No. 3407<br>Jordan F. Faux, Esq.<br>Nevada Bar No. 12205<br>1540 West Warm Springs Road, #100<br>Henderson, Nevada 89014 | Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614 |
| *Attorneys for Defendant Great American Insurance Company* | *Attorneys for Plaintiffs* |
| Dated:  September 26, 2016 | Dated:  September 26, 2016 |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT** JUDGE
LLOYD D. GEORGE
**DATED:** _____28_____ September 2016

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101