# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; and TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCES LASLEY, et al.,<br><br>    Defendants. | 2:11-cv-01764-LDG-PAL<br><br>**ORDER AND DEFAULT JUDGMENT** |

The points of the magistrate judge's report and recommendation being well-taken, and no objections having been filed, therefore,

THE COURT HEREBY ORDERS that the report and recommendation (#154) is ADOPTED, and default judgment is ENTERED against DED&P and DDT.

Dated this ___ day of November, 2016.

_____
Lloyd D. George
United States District Judge